No. 406.   BOYD v. COUNTY OF FRESNO ET AL.   District Court of Appeal of California, Fourth Appellate District. Certiorari denied.   *Max M. Hayden* for petitioner. *Clifton G. Harris* for respondents.

No. 407.   CITIZENS UTILITIES Co. v. FEDERAL POWER COMMISSION.   C. A. 2d Cir.   Certiorari denied.   *Jesse Climenko, Reuben Goldberg* and *Clifton G. Parker* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal, Herbert E. Morris, John C. Mason, Howard E. Wahrenbrock, Leonard E. Eesley* and *Joseph B. Hobbs* for respondent.

No. 408.   ACCARDO v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Stanford Clinton* and *Maurice J. Walsh* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 176, Misc.   PRINCELER v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Wilkey* and *Theodore G. Gilinsky* for the United States.

No. 376, Misc.   GAMBLE v. WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 394, Misc.   GRECCO v. INDIANA.   Supreme Court of Indiana.   Certiorari denied.